**Before the U.S. District Court**
**Northern District of Ohio – Akron**

| | |
|---|---|
| **United States of America** | ) |
| Plaintiff | ) Case No. 5:20-cr-00676-BYP-1 |
| -vs- | ) Judge Pearson |
| **John L. Watkins** | ) |
| Defendant | ) Time Waiver and Ends of Justice Stipulation |

This Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. 18 U.S.C. sec. 3161(h)(7)(A).

Accordingly, the signatures below reflect that the defendant has waived his rights to a speedy trial pursuant to the Speedy Trial Act of 1974. The Defendant, undersigned, represents that he has discussed his rights under the Sixth Amendment and the Speedy Trial Act of 1974 with counsel. Counsel, likewise, represent that they have discussed the Defendant's rights with him, are satisfied in the Defendant's understanding of those rights, and endorse the Defendant's decision to waive time.

Signed: _____
John Watkins

Signed: _____
James Gentile

Signed: _____
Rhys Cartwright-Jones

Be it so ordered:

_____
**Judge Pearson**

This ___ day of _____, 202_.