**Before the U.S. District Court for the Northern District of Ohio Eastern Division**

| | |
|---|---|
| **United States of America** | ) |
| Plaintiff | ) **Case No.** 5:20-cr-00676-BYP-1 |
| -vs- | ) **Judge Pearson** |
| **John L. Watkins** | ) **Motion to Continue** |
| Defendant | ) |

Now comes the defense, who respectfully request that the presently scheduled sentencing hearing for Tuesday, September 13th, 2022 at 1:15 PM be continued.  For cause, the defendant has had multiple test runs for a TIA attack.  Counsel can proffer under seal a "Review of Systems" from the defendant's last hospital visit.  The defendant has tested positive for a multitude of health conditions including; fatigue and weight gain, chest tightness with shortness of breath, chest pain, palpitations and leg swelling, consistent headaches, sleep disturbance and anxiety. More testing will be followed during the course of the next week.  The defense prays this motion be granted so that the defendant's health be in good standing for sentencing.

Respectfully Submitted,

*s/ Rhys Cartwright-Jones*
**Rhys Brendan Cartwright-Jones, 0078597**
42 North Phelps St.
Youngstown, OH 44503-1130
330-757-6609, tel.
216-272-1938, cell
866-223-3897, fax
rhys@cartwright-jones.com
For John L. Watkins

**Proof of Service**

I caused to be delivered a copy of the foregoing to the Attorney Kathryn Gaughan Andrachik at 801 Superior Ave. W., Cleveland, OH 44113 on the date of filing.

*s/ Rhys Cartwright-Jones*
**Rhys Brendan Cartwright-Jones, 0078597**